**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1154**

_____

GRACE MAKAU,

                    Plaintiff - Appellant,

          v.

LOUISE MEYER, District Court Judge; KRIS BAILEY, District Court Judge;
VINCE ROZIER, District Court Judge; ERIN GRABER, District Court Judge;
CHRISTINE M. WALZYK, District Court Judge; BEVERLY SCARLETT,
District Court Judge; JOE M. BUCKNER, District Court Judge; LUNSFORD
LONG, District Court Judge; PAIGE VERNON, District Court Judge,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro. Thomas D. Schroeder, District Judge. (1:16-cv-01346-TDS-JEP)

_____

Submitted: June 20, 2017                              Decided: June 22, 2017

_____

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Japheth N. Matemu, MATEMU LAW OFFICE P.C., Raleigh, North Carolina, for
Appellant.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grace Makau appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil complaint as frivolous and for failing to state a claim upon which relief may be granted. We have reviewed Makau's appellate brief and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Makau v. Meyer*, No. 1:16-cv-01346-TDS-JEP (M.D.N.C. Feb. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2